■ EVA CHAN, Appellant, v MOUNT SINAI SCHOOL OF MEDICINE OF THE CITY UNIVERSITY OF NEW YORK et al., Respondents. [620 NYS2d 952] —Order, Supreme Court, New York County (Martin Schoenfeld, J.), entered on or about July 14, 1993, unanimously affirmed for the reasons stated by Schoenfeld, J., without costs and without disbursements. No opinion. Concur—Rosenberger, J. P., Wallach, Kupferman, Ross and Williams, JJ.